FILED
BILLINGS DIV

2008 APR 25 PM 1 50

PATRICK E. L....., ..

BY_____

DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | | |
|---|---|---|
| SUSAN BERG/BERG, M.D., | ) | CV-07-140-BLG-RFC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| | ) | AND RECOMMENDATIONS OF |
| SPOKANE POLICE & FIRE, et al., | ) | U.S. MAGISTRATE JUDGE |
| COMMITTEE, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On April 1, 2008, United States Magistrate Judge Carolyn S. Ostby entered her Findings

and Recommendation. Magistrate Judge Ostby recommends this Court dismiss Plaintiff's

Complaint without prejudice.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to

file written objections. 28 U.S.C. § 636(b)(1). In this matter, no party filed objections to the

April 1, 2008 Findings and Recommendation. Failure to object to a magistrate judge's findings

and recommendation waives all objections to the findings of fact. *Turner v. Duncan*, 158 F.3d

449, 455 (9th Cir. 1999). However, failure to object does not relieve this Court of its burden to

1

review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518

(9th Cir. 1989).

After an extensive review of the record and applicable law, this Court finds Magistrate

Judge Ostby's Findings and Recommendation are well grounded in law and fact and adopts them

in their entirety.  Plaintiff has filed nothing to prosecute this action since the filing of her

Complaint and Plaintiff has failed to serve Defendants.

Accordingly, **IT IS HEREBY ORDERED** Plaintiff's Complaint is **DISMISSED.**   The

Clerk of Court shall notify the parties of the making of this Order and close this case accordingly.

DATED the _____ day of April, 2008.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE